```
*              IN THE UNITED STATES DISTRICT COURT FOR THE

                      DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,      )
                               )
              Plaintiff,        )              8:13CR153
                               )
         v.                    )
                               )
TERRY LEE LOGAN,               )              ORDER
                               )
              Defendant.       )
_____)
```

This matter is before the Court on defendant's motion to extend further proceedings (Filing No. 22), a written waiver of speedy trial (Filing No. 23), and an agreement for pretrial diversion (Filing No. 24).  The Court has reviewed the documents and finds the motion to extend further proceedings should be granted.  Accordingly,

IT IS ORDERED that defendant's motion is granted.  A hearing on the agreement is scheduled for:

**Thursday, August 21, 2014, at 9 a.m.**

in Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.  The ends of justice will be served by continuing this case and outweigh the interests of the public and the defendant in a speedy trial.  The additional time between August 19, 2013, and August 21, 2014, shall be deemed

excludable time in any computation of time under the requirement

of the Speedy Trial Act.  18 U.S.C. § 3161(h)(8)(A) & (B).

DATED this 19th day of August, 2013.

BY THE COURT:

/s/ Lyle E. Strom

_____

LYLE E. STROM, Senior Judge
United States District Court