IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

UNITED STATES OF AMERICA,       )
                                )
                Plaintiff,      )          8:13CR153
                                )
          v.                    )
                                )
TERRY LEE LOGAN,                )              ORDER
                                )
                Defendant.      )
_____)


          This matter is before the Court on plaintiff's motion
to dismiss without prejudice the indictment (Filing No. 27).  The
Court finds the motion should be granted.  Accordingly,

          IT IS ORDERED that plaintiff's motion is granted.  The
indictment against Terry Lee Logan is dismissed without
prejudice.

          DATED this 26th day of August, 2014.

                              BY THE COURT:

                              /s/ Lyle E. Strom
                              _____
                              LYLE E. STROM, Senior Judge
                              United States District Court